Paul Lenchard, Appellee, v. Thomas J. Friel et al., Appellants.

**Gen. No. 43,297.**

Heard in the second division, first district, this court at the December term, 1944; opinion filed June 15, 1945; additional opinion filed and rehearing denied June 26, 1945; released for publication June 27, 1945. Frank L. Kriete, Erwin H. Wright, and Arthur J. Donovan, for appellants; Wm. J. Flaherty, of counsel; James A. Dooley, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.